

# Fourth Court of Appeals
## San Antonio, Texas

May 21, 2025

No. 04-24-00473-CV

**WELLS FARGO BANK, N.A.**,
Appellant

v.

Jennifer **SILBERBERG**,
Appellee

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2023-CI-16783
Honorable Antonia Arteaga, Judge Presiding

**ORDER**

Sitting:     Irene Rios, Justice
             H. Todd McCray, Justice
             Velia J. Meza, Justice

In accordance with this court's opinion of this date, this appeal is **DISMISSED FOR WANT OF JURISDICTION**.

It is so **ORDERED** on May 21, 2025.

_____
H. Todd McCray, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of May, 2025.

_____
Caitlin A. McCamish, Clerk of Court